In the Matter of LUIGI CRISCUOLO, Respondent, against A. HOLLANDER & SON, INC., et al., Appellants, and MANUFACTURERS TRUST COMPANY, Respondent.— No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

BECK CHEMICAL EQUIPMENT CORPORATION, Appellant, v. BEATTIE MANUFACTURING COMPANY, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 5TH AVE. AND 43RD STREET BUILDING CORPORATION et al., Appellants, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ERNEST REICH, Respondent, v. GRISWOLD MANUFACTURING COMPANY, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

DOROTHEA FOLSER, Appellant, v. SAMUEL BROWN, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

GEORGE ZELONKA, Appellant, v. SUN VACUUM STORES, INC., Respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MOLLIE OSINOFF, Appellant, v. MAX OSINOFF, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

EDWIN P. KOHL, Respondent, v. HAMILTON RODDIS et al., Appellants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant the motion to dismiss the complaint.

ANNA GRUHN, as Administratrix of the Estate of KURT GRUHN, Deceased, Respondent, v. J. H. TAYLOR CONSTRUCTION CO., INC., et al., Appellants, et al., Defendants.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and reinstate the verdict. [180 Misc. 956.]

In the Matter of the Assignment for the Benefit of Creditors of HARRY SEGAL et al., Copartners Trading as AMBASSADOR FRAME COMPANY, to ABRAHAM MELTZER, Respondent. MURRAY R. PARIS, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.